PETERSON, Appellant, vs. BAKER, Garnishee, etc., Respondent.

*March 3 — March 22, 1887.*

*First Nat. Bank v. Baker, ante,* p. 442, followed.

APPEAL from the Circuit Court for *Crawford* County. For the appellant there was a brief by *Brooks & Dutcher*, and oral argument by *Mr. Brooks*.

*John D. Wilson*, for the respondent.

COLE, C. J. This case involves the same questions of law and fact as those presented in *First Nat. Bank v. Baker*, *ante*, p. 442, and must be ruled the same way.

*By the Court.*— The judgment of the circuit court is affirmed.